FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

JUN 15 2017

SHERRY WILLIAMSON, CLERK
By C.Bur Deputy

11-17-00161-CV

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. 46784

Denisa Powell
Dane Powell

§
§
§
§
§
§

Geico Indemnity
Company

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/20/17 3:10:34 PM
SHERRY WILLIAMSON
Clerk

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF __Denisa Powell__

[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared
__Denisa Powell__, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is __Denisa Powell__.

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

Court Register of Actions
and court results fraudulant or
Incorrect.
Hearing set as commercial/Debt
contract resulted into Power
of Attorney
Unaware of hearing
Certificate of Address on file
Incorrect or fraudulant
Did not appear in court
Gap Insurance not used for
Insurance policy have documentation
of vechile and motion
of contempt is sought for
all involved parties as well
as personal liability due

to Domestic Violence charges) pending during mental hearings Victim and Firm will not release information regarding this case and refuses to provide information regarding (3) Issue with signs of record regarding # on envelope and in court possible Post Judgement or Appeal.

FILED 17 JUN 20 AM 10:44